UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-81049-CIV-HURLEY/HOPKINS

SHARON COHEN,

      Plaintiff,

v.

LINDA SWACINA, District Director,
United States Citizenship and
Immigration Services, Miami District.

      Defendant.
_____/

### ORDER ON NOTICE OF VOLUNTARY DISMISSAL

On July 2, 2008, plaintiff filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [DE # 14]. There being nothing further for the court to resolve, it is hereby **ORDERED** and **ADJUDGED** that:

1. All claims in this matter are **DISMISSED**.

2. Any pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. The case shall remain **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this _3RD_ day of July, 2008.

                                          Daniel T. K. Hurley
                                          United States District Judge

*Copies provided to counsel of record*